**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DELBERT NIECE | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. WMN-07-105 |
| U.S. DISTRICT COURTS | : | |
| Defendants | ..o0o.. | |

**MEMORANDUM**

On January 11, 2007, Delbert Niece filed this pro se complaint and submitted the civil filing fee. For the following reasons, the Court will *sua sponte* dismiss the complaint without prejudice.

The Court mindful that Plaintiff is a pro se litigant, has reviewed the complaint liberally. See Gordon v. Leeke, 574 F.2d 1147, 1151 (4th Cir.1978). Liberal construction, however, does not mean that the Court can ignore a clear failure in the pleading to allege facts that set forth a claim cognizable in a federal district court. See Weller v. Dep't of Social Services, 901 F.2d 387, 390-91 (4th Cir. 1990). In this matter, the Complaint consists of 134 pages of random, unrelated names, addresses, numbers, mathematical equations, and citations to case law. As best as the Court is able to discern, the complaint fails to allege any comprehensible, actionable claim.[1]

Under such circumstances, complaints may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). See Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999); O'Connor v. United States, 159 F.R.D. 22 (D. Md. 1994); see also Crowley Cutlery Co. v. United States, 849 F.2d 273, 277 (7th Cir. 1988). For the above reasons, the Court will deny the complaint without prejudice by separate Order.

/s/

January 30, 2007  _____
Date                             William M. Nickerson
                                 United States District Judge

---

[1] Plaintiff has provided the following address to the Court: "General Delivery, Baltimore, MD. 21201." Complaint.